**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PEYTON GYLAND,

      Plaintiff,     Case No. 3:23-cv-01490-WWB-MCR

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION
LLC; and VYSTAR CREDIT UNION;

      Defendants.
_____/

**DEFENDANT TRANS UNION, LLC'S**
**NOTICE OF PENDENCY OF RELATED CASES**

In accordance with Local Rule 1.07(c), I hereby certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

1

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Charlotte Long*
Charlotte Long, Esq.