# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PEYTON GYLAND,

    Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VYSTAR CREDIT UNION,

    Defendants.

CASE NO. 3:23-cv-01490-BJD-MCR

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, PEYTON GYLAND, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 20th day of February, 2024.

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 20th day of February, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2