# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PEYTON GYLAND,

      Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VYSTAR CREDIT UNION,

      Defendants.

CASE NO. 3:23-cv-01490-BDJ-MCR

## NOTICE OF SETTLEMENT AS TO DEFENDANT, VYSTAR CREDIT UNION.

COMES NOW Plaintiff, PEYTON GYLAND, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, VYSTAR CREDIT UNION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 9th day of May, 2024.

                                              **/s/ Frank H. Kerney, III**
                                              Frank H. Kerney, III
                                              Florida Bar No.: 88672
                                              Tennessee Bar No.: 035859
                                              The Consumer Lawyers PLLC
                                              412 E. Madison St, Ste 916
                                              Tampa, FL 33602
                                              Telephone: 844.855.9000
                                              Facsimile: 844.951.3933
                                              Frank@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 9th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ *Frank H. Kerney, III*
Frank H. Kerney, III
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*