**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PEYTON GYLAND,

        Plaintiff,

v.                                     Case No.: 3:23-cv-1490-WWB-MCR

TRANS UNION LLC and VYSTAR
CREDIT UNION,

        Defendants.

_____

## <u>ORDER</u>

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant VyStar Credit Union.  (Doc. 29 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against VyStar Credit Union are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to terminate VyStar Credit Union as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** at Jacksonville, Florida on May 13, 2024.

_____

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record