**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PEYTON GYLAND,

   Plaintiff,

                                   CASE NO.:  3:23-cv-01490-WWB-MCR

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and VYSTAR CREDIT UNION,

   Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, PEYTON GYLAND and the one remaining Defendant, TRANS UNION LLC and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TRANS UNION LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 12th day of June, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

/s/Charlotte Long
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
***Counsel for Defendant***
***Trans Union, LLC***

LITCHFIELD CAVO LLP
*Attorneys for Defendant, Vystar Credit Union*
Radice Corporate Center
600 Corporate Drive, Suite 600
Fort Lauderdale, Florida 33334
(954) 689-3000 – Office
(954) 689-3001 – Facsimile
E-Mail: Passaro@litchfieldcavo.com
E-Mail: sundar@litchfieldcavo.com
E-Mail: Donaldson@litchfieldcavo.com

/s/Geralyn M. Passaro, Esq.
Florida Bar No. 613533
Javier B. Sundar, Esq.
Florida Bar No.: 1002854